J. BALLAY & CO., INC., Appellant, v. NELSON LINE, INC., Defendant, and EMPRESA INTERNACIONAL DE TRANSPORTES LIMITADA, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Heffernan, JJ. [See *ante*, p. 860.]

In the Matter of the Accounting of I. ARTHHUR ROSENBERG et al., as Executors of DAVIS KESSLER, Deceased. SAMUEL H. COHEN, Appellant; I. ARTHUR ROSENBERG et al., as Executors under the Joint Will of DAVID KESSLER, Deceased, and Another, Deceased, Respondents.—Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 766.]

MARCELLE JULIEN, INC., Appellant, v. RALPH HYMAN, INC., Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [279 App. Div. 1058.]

OSCAR KWASNEK, on Behalf of the Estate of JOSEPH KWASNEK, Deceased, v. HYMAN S. HURWITZ, as Surviving Administrator of the Estate of JOSEPH KWASNEK, Deceased, et al.— Motion for leave to appeal to the Court of Appeals granted only with respect to the second question proposed in the moving papers of defendants-appellants. Settle order on notice. Present — Peck, P. J., Dore, Callahan and Heffernan, JJ. [See *ante*, p. 764.]

ROYAL CHINA, INC., v. REGAL CHINA CORP.— Motion for reargument granted and upon reargument, the prior determination is withdrawn. Order appealed from unanimously modified to the extent of requiring plaintiff to furnish an undertaking in the sum of $5,000 and, in all all other respects the order is affirmed. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 279 App. Div. 515.]

## (October 15, 1952.)

In the Matter of JAMES J. McLEAN, Respondent, against M. MALDWIN FERTIG et al., Appellants.— Order unanimously affirmed. No opinion. Appellants' application for leave to appeal to the Court of Appeals denied. Present — Peck, P. J., Dore, Cohn and Breitel, JJ.

## (October 21, 1952.)

AIDA B. STAVRACOS, Appellant, v. WINDSOR OPERATING CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ.